UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:25-cv-03218

**EBTESAM HAGUE,**
*individually and on behalf of all others similarly situated,*

    **Plaintiff,**

vs.

**GROCERY DELIVERY E-SERVICES USA INC. D/B/A EVERYPLATE,**

    **Defendant.**
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff EBTESAM HAGUE, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above-styled action.

DATED: May 13, 2025

Respectfully Submitted,

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: May 14, 2025
New York, New York

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 13, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339